United States District Court
Southern District of Ohio
Western Division

James Edward Lang, Jr.,
    Plaintiff                                 No. C-1-02-121

vs.

John E. Potter, et al.,
    Defendant                            **ORDER**

      The parties are ORDERED to appear for a status conference on MARCH 15, 2004 11:00 a.m. in Room 716 Potter Stewart Bldg., Cincinnati, Ohio 45202.

                                                    s/David S. Perelman
                                                      David S. Perelman
                                                      United States Magistrate Judge