## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JAMES EDWARD LANG, JR., | : | Civil No. C-1-02-121 |
| | : | Judge Weber |
| Plaintiff, | : | Magistrate Judge Perelman |
| | : | |
| vs. | : | **DEFENDANTS' UNOPPOSED MOTION** |
| | : | **FOR PERMISSION TO FILE** |
| JOHN E. POTTER, Postmaster | : | **DEFENDANTS' MOTION FOR** |
| General, et al., | : | **SUMMARY JUDGMENT OUT OF TIME** |
| | : | **AND MEMORANDUM IN SUPPORT** |
| Defendants. | : | |

___

John E. Potter, the Postmaster General of the United States, and Brian Abeling and Larry Smith, Postal Service supervisors, respectfully moves the Court for permission to file Defendants' Motion for Summary Judgment out of time. Plaintiff Lang has been advised of this motion and has no objection to it.

### MEMORANDUM

Defendants' Motion for Summary Judgment was to have been filed earlier in February. However, due to the press of other matters, counsel for defendants was unable to meet the deadline. Plaintiff Lang has been advised of this motion and has no objection to it.

                    GREGORY G. LOCKHART
                    United States Attorney

                    s/Gerald F. Kaminski
                    GERALD F. KAMINSKI (0012532)
                    Assistant United States Attorney
                    221 East Fourth Street, Suite 400
                    Cincinnati, Ohio 45202
                    (513) 684-3711
                    Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR PERMISSION TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF IN SUPPORT was served this 23rd day of February, 2004 by regular U.S. mail, postage prepaid on: James Edward Lang, Jr., 5460 Bahama Terrace, Apt. 7, Cincinnati, OH 45223.

                    s/Gerald F. Kaminski
                    GERALD F. KAMINSKI (0012532)
                    Assistant United States Attorney

N:\_ECF Workload\GKaminski\LangSJfilingoutoftime.wpd