| | | | | | |
|---|---|---|---|---|---|
| 01 | Effective Date 11-21-1997 | NOTIFICATION of PERSONNEL ACTION U. S. Postal Service | | 02 | Social Security Number 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 |

**EMPLOYEE INFORMATION**

| | | |
|---|---|---|
| 03 | Employee Name-Last | LANG JR |
| 04 | Employee Name-First | JAMES |
| 05 | Employee Name-Middle | E |
| 06 | Mailing Address Street/Box/Apts | 5774 COLERAIN AVE |
| 07 | Mailing Address-City | CINCINNATI |
| 08 | Mailing Address-State | OH |
| 09 | Mailing Address-Zip+4 | 45239-6714 |
| 10 | Date of Birth | 03-06-1948 |
| 11 | Veterans Preference | 2 - 5 POINTS |
| 12 | Sex | |
| 13 | Minority | |
| 14 | Disability | |
| 15 | Leave Comp Date | 09-09-1968 |
| 16 | Enter on Duty Date | 03-27-1978 |
| 17 | Retirement- Comp Date | 07-23-1968 |
| 18 | Serv Anniversary PPYR | 21-1971 |
| 19 | TSP Eligibility | E - ELIGIBLE W/O DEDUCT |
| 20 | TSP Service Comp Date | |
| 21 | Prior CSRS Service | |
| 22 | Frozen Csrs Time | |
| 23 | Leave Data-Category | 8 - HOURS/PP |
| 24 | Leave Data-Chg PPYR | |
| 25 | Leave Data-Type | 1 - ADVANCED AT BEGINNING |
| 26 | Credit Military Serv | |
| 27 | Retired Military | |
| 28 | Retirement Plan | 1 - CSRS |
| 29 | Employee Status | |
| 30 | Life Insurance | C0 - Basic Only |
| 31 | Special Benefits | |

**POSITION INFORMATION**

| | | |
|---|---|---|
| 32 | Employ Office-Fin No | 38-1603 |
| 33 | Employ Office-Name | CINCINNATI POST OFFICE |
| 34 | Employ Office-Address | CINCINNATI OH 45234-9994 |
| 35 | Duty Station-Fin No | 38-1603 |
| 36 | Duty-Station-Name | CINCINNATI POST OFFICE |
| 37 | Appt Expiration Date | |
| 38 | Probation Expir Date | |

| | | |
|---|---|---|
| 39 | FLSA Status | N - NON-EXEMPT |
| 40 | Pay Location | 023 |
| 41 | Rural Carrier-Route | |
| 42 | Rural Carr-L-Rte ID | |
| 43 | Rural Carr-Pay Type | |
| 44 | Rural Carr-Tri-Weekly | |
| 45 | Rural Carr-FLSA | |
| 46 | Rural Carr-Commit | |
| 47 | Rural Carr-EMA | |
| 48 | Rural Carr-Hours | |
| 49 | Rural Carr-Miles | |
| 50 | Job Sequence | 1 |
| 51 | Occupation Code | 2340-80XX |
| 52 | Position Title | DSTRB WNDS&MKUP CLK |
| 53 | Functional Oper Nbr | 4500 |
| 54 | Designation/Activity | 11/0 |
| 55 | Position Type | 1 - FULL TIME |
| 56 | Limit Hours | |
| 57 | Allowance Code | X - FORM 8006 NEEDED |
| 58 | Employment Type | |

**SALARY INFORMATION**

| | | |
|---|---|---|
| 59 | Pay Rate Code | A - ANNUAL RATE |
| 60 | Rate Schedule Code | P - PS |
| 61 | Grade/Step | 05/ 0 |
| 62 | Base Salary | 37,029 |
| 63 | Cola | |
| 64 | Cola Roll-In Ind | |
| 65 | Next Step PPYR | |
| 66 | Merit Anniv Date | |
| 67 | Merit Lump Sum | |
| 68 | Special Salary Code | |
| 69 | Protected RSC | |
| 70 | Protected Grade/Step | |
| 71 | Expiration PP/YR | |
| 72 | Protected RC Hours | |
| 73 | Protected RC Miles | |
| 74 | RC Guaranteed Salary | |
| 75 | Annuity Amount | |
| 76 | Red Circle Code | 0 |

**NATURE OF PERSONNEL ACTION**

| | | |
|---|---|---|
| 77 | Nature of Action Code | 317 |
| 79 | Description | RESIGNATION ALL OTHER |
| 84 | Remarks | LAST DAY IN PAY STATUS 11-21-1997 |

| | | |
|---|---|---|
| 78 | Authority | 39-USC SECT. 1001 |
| 80 | Code | 522 |
| 81 | Code | |
| 82 | Code | |
| 83 | Code | 682 |

| | | |
|---|---|---|
| 85 | Authorization | GARY L. MCCURDY, VP AREA OPERATIONS-ALLEGHENY AREA |
| 86 | Processed Date | 12-21-2000 |
| 87 | Personnel Office ID | LD38 |
| 88 | OPF Location | CINCINNATI POST OFFICE |

PS Form **50**, March 1990 (Exception to Standard Form 50)    2 - OPF COPY

EXHIBIT B-2