**United States District Court**
**Southern District of Ohio**
**Western Division**

JAMES LANG, JR.,
    Plaintiff                                                    No. C-1-02-121

vs.

JOHN E. POTTER,
    Defendant                                                 **ORDER**

The parties to this action having consented to the proceedings herein being conducted by a Magistrate Judge pursuant to 28 U.S.C. §636(c), which consent and the Order of Referral entered pursuant thereto operate to vest full trial jurisdiction in the successors to retired Magistrate Judge Jack Sherman, Jr., *see Paddington Partners, Inc. v. Bouchard*, 950 F. Supp. 87, 89 (Fr.2) (S.D. N.Y. 1996); *O'Neal Brothers Construction Co. v. Circle Inc.*, 1994 U.S. Dist. Lexis 16937, 1994 WL 658468, No. Civ. A91-3769 (E.D. La. 1994); *MacNeil v. Americold Corp.*, 735 F. Supp. 32, 39 (Mass. 1990),

IT IS HEREBY ORDERED that this Court's Order of Reference is amended to provide that this action is referred pursuant to 28 U.S.C. §636(c) to Magistrate Judge Jack Sherman, Jr. and to those Magistrate Judges as may succeed him in office.

                                                        s/Herman J. Weber
                                                        Herman J. Weber
                                                        Senior United States District Judge