**United States District Court**
**Southern District of Ohio**
**Western Division**

| | |
|---|---|
| James Lang, Jr.,<br>　　Plaintiff | No. C-1-02-121 |
| vs. | Perelman, MJ |
| John E. Potter, Postmaster<br>　　Defendant | **ORDER** |

On February 23, 2004, Defendant filed a Motion for Extension of Time to file his Motion for Summary Judgment out of time and advised the Court that plaintiff did not oppose this motion (Doc. 14). For good cause shown, that motion is GRANTED and the Clerk is directed to file defendant's motion for summary judgment.

The status conference previously set for 3/15/04 is CANCELLED.

　　　　　　　　　　　　　　　　　　　　/s/ David S. Perelman
　　　　　　　　　　　　　　　　　　　　David S. Perelman
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge