UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES EDWARD LANG, JR.,

      Plaintiff,                                 Case No. 1:02-cv-121

vs.

JOHN E. POTTER, Postmaster
General, *et al.*,                             Perelman, M.J.

      Defendants,

**ORDER: (1) DISMISSING DEFENDANTS' SECOND MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT OUT OF TIME (Doc. 19) AS MOOT; AND (2) CLARIFYING THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. 15) IS ACCEPTED AS FILED**

      This matter is before the Court on a motion by defendants for permission to file a motion for summary judgment out of time. (Doc. 19). The instant motion is a duplicate of a motion that was filed on February 23, 2004 and granted by Order entered on February 26, 2004. (*See* docs. 14, 17).

      In light of this Court's Order of February 26, 2004, the instant motion (doc. 19) is **DISMISSED as moot.** Defendants' motion for summary judgment (doc. 15), tendered on February 23, 2004, is **ACCEPTED as FILED**.

      **IT IS SO ORDERED.**

                                                        s/David S. Perelman
                                                          David S. Perelman
                                                         United States Magistrate Judge