UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES EDWARD LANG,

    Plaintiff

    vs.                                        Case No. 1:02-cv-121
                                                  Black, M.J.

JOHN E. POTTER,
Postmaster General, *et al.*,                    Judgment Entry
    Defendants


      **UPON CONSIDERATION OF** the record and the merits of defendants' unopposed motion for summary judgment, **IT IS HEREBY ORDERED** that final judgment is **ENTERED** in defendants' favor, *see* this Court's Memorandum Opinion of even date, and this case is **TERMINATED** from the docket.


Date:  5/27/04                              s/Timothy S. Black
                                                  Timothy S. Black
                                                  United States Magistrate Judge